# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA R. GILMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1283-S-BT |
| | § | |
| SHELLPOINT MORTGAGE | § | |
| SERVICING | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff Pamela R. Gilman filed a "Certificate of Interested Persons/Disclosure Statement" [ECF No. 72], which appears to contain objections. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 26, 2024.

_____
**UNITED STATES DISTRICT JUDGE**